1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  AMY S. ROTHMAN (State Bar No. 308133)
   amy.rothman@mcnamaralaw.com
3  MCNAMARA, NEY, BEATTY, SLATTERY,
   BORGES & AMBACHER LLP
4  3480 Buskirk Avenue, Suite 250
   Pleasant Hill, CA 94523
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
7  Attorneys for Defendants
   City of Brentwood and Brian Lodge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KELLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF BRENTWOOD, BRIAN LODGE and DOE BRENTWOOD POLICE OFFICERS 1-25,<br><br>　　　　Defendants. | Case No. C18-05523 JD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's Complaint, the entire action, against Defendants CITY OF BRENTWOOD, OFFICER LODGE, and any and all employees and/or agents of the City of Brentwood, with prejudice.  Each party agrees to bear its own fees and costs as to this dismissal.

///

///

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 12, 2019          Law Office of Stanley Goff

By: _____/s/ Goff, Stanley__
Stanley Goff
Attorney for Plaintiff
Lisa Keller

Dated: July 12, 2019

By: _____/s/ Silver, Marcia__
Marcia Silver
Attorney for Plaintiff
Lisa Keller

Dated: July 12, 2019          MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: ___/s/ Rothman, Amy_____
Noah G. Blechman
Amy S. Rothman
Attorneys for Defendants
City of Brentwood and Brian Lodge

**ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal.

IT IS SO ORDERED

Dated: __July 17__, 2019     By: _____
Hon. James Donato
U.S. District Judge

STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE, C18-05523 JD            2